UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 3:11-cr-00083-4 |
| | § | |
| ALDO VILLARREAL | § | |

*[Handwritten annotation: ORDER. The motion is DENIED given that this is an ongoing action. A transcript of the conference will be made available to defense counsel who will have 10 days thereafter to file any response on any issue at the conference. [signature] 7-2-13]*

### MOTION TO APPEAR TELEPHONICALLY

TO THE HONORABLE JUDGE:

Undersigned counsel respectfully moves this Court to allow appearance via telephonic means on behalf of Defendant, Aldo Villarreal, in the above-styled case for the status conference presently set for July 8, 2013 at 3:00 PM.

Counsel for Mr. Villarreal has been in communication with the government about the status of co-defendant's attorney issue. To date, Vela-Salinas (Mr. Villarreal's wife) is not represented by counsel. The undersigned apologizes to the Court for not appearing at the May 28th status hearing. Defendant Villarreal has persisted in his plea of not guilty and there are no pretrial matters to address.

Counsel for Defendant Villarreal will be in Orlando, Florida with family on July 8, 2013. Counsel respectfully asks this Court to allow appearance via telephone on behalf of Defendant, Aldo Villarreal.

Respectfully Submitted,

/s/ Carlos A. Garcia
Carlos A. Garcia
1305 East Griffin Parkway