IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) ) ) | |
| v. | ) ) | Case No. 3:11-00083-(4), (19) Chief Judge Haynes |
| ALDO VILLARREAL, and JUANA EDITH VELA-SALINAS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The trial in this action is continued in the interests of justice to allow Defendant Juana Edith Vela-Salinas time to secure counsel appointed or retained and to allow Defendant Villarreal's counsel adequate time to be prepared counsel for trial. The trial in this action will be reset by a separate Agreed Order.

It is so **ORDERED**.

**ENTERED** this the 8th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court