UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00083 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| ALDO VILLARREAL | ) | |
| JUANA EDITH VELA-SALINAS | ) | |

*[handwritten annotations:]* Grant
The motion is GRANTED
The hearing will be set by separate Order
will ___ ___
___ 1-17-14

**MOTION TO CONTINUE PLEA HEARING / PRE-TRIAL CONFERENCE
UNTIL FEBRUARY 10, 2014**

The United States of America, by its attorneys David Rivera, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, with the agreement of the defendants' attorneys, Carlos Garcia and Deanna Johnson, hereby moves to have this Court continue the plea hearing / pre-trial conference until February 10, 2014.

This Court recently continued the trial in this case until February 18, 2014. (Docket No. 612). The plea hearing / pre-trial conference is currently scheduled for January 27, 2014, at 1:30. The undersigned is lead counsel in this case. At this time, the undersigned anticipates this case will proceed to trial and may take up to three weeks for the United States' case-in-chief.

The undersigned is also lead counsel in a case before Judge Nixon that is scheduled to proceed to trial on January 21, 2014 (Case No. 3:08-0023). The undersigned anticipates the trial before Judge Nixon may take up to two weeks. Therefore, the undersigned will not be able to appear on January 27, 2014.

The parties have agreed to the date of February 10, 2014, for the plea hearing / pre-trial conference. Counsel for defendant Villarreal has advised the undersigned that he has an appellate argument in the Fifth Circuit on February 5, 2014. Therefore, the United States requests the plea hearing / pre-trial conference not be scheduled on February 4, 5, or 6, 2014, if this Court does not

1